IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 25-cv-14743<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, January 6, 2026, at 9:30 a.m., Plaintiff shall appear before the Honorable Jorge L. Alonso in Courtroom 1903 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Entry of a Preliminary Injunction Order .

Dated this 31st day of December 2025.  Respectfully submitted,

              /s/ Rachel S. Miller
              Amy C. Ziegler
              Justin R. Gaudio
              Rachel S. Miller
              Lucas A. Peterson
              Greer, Burns & Crain, Ltd.
              200 West Madison Street, Suite 2100
              Chicago, Illinois 60606
              312.360.0080
              312.360.9315 (facsimile)
              aziegler@gbc.law
              jgaudio@gbc.law
              rmiller@gbc.law
              lpeterson@gbc.law

              *Counsel for Plaintiff*
              *Sony Interactive Entertainment LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of December 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*