**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:                                    Case Number: 1:25-cv-14743

Sony Interactive Entertainment LLC ,

  v. Schedule A Defs.,

An appearance is hereby filed by the undersigned as attorney for:


Defendant: BeardesCo



Attorney name (type or print):     Jianyin Liu

Firm:     The Law Offices of James Liu PLLC

Street address:     30 N LaSalle St, Ste 1510

City/State/Zip:     Chicago/IL/60602


Bar ID Number:   FL Bar No. 1007675          Telephone Number:   305-209-6188
  (See item 3  in instructions)


Email Address:

Are you acting as lead counsel in this case?                    Yes        v    No

Are you a member of the court's general bar?                   Yes        v    No

Are you a member of the court's trial bar?                      Yes             No  v

Are you appearing *pro hac vice*?                              Yes             No   v

If this case reaches trial, will you act as the trial attorney?     Yes        v    No

If this is a criminal case, check your status.          Retained Counsel

                                                        Appointed Counsel
                                                          If appointed counsel, are you a

                                                        Federal Defender

                                                        CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on _____ Jan. 2, 2026

Attorney signature:   S/   Jianyin Liu _____

(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023