


**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**Sony Interactive Entertainment LLC**,
Plaintiff,

v.

**The Partnerships and Unincorporated Associations Identified on Schedule A**,
Defendants.

**Case No.: 1:25-cv-14743**
Honorable **Jorge L. Alonso**

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER TO COMPLAINT**

Defendant **CozyHomeHolidayDeals** ("Defendant"), by and through its undersigned representative, respectfully submits this **Opposition to Plaintiff's Motion to Strike Defendant's Answer to Complaint**, and in support thereof, states as follows:

### I. Introduction

Plaintiff's motion seeks to strike Defendant's answer to the complaint, arguing that Defendant, a business entity, cannot represent itself in federal court proceedings. Defendant respectfully submits that it is a **legally registered seller** operating in full compliance with **eBay's platform policies**, which require all sellers based in Mainland China to register as either **an individual entrepreneur (个体工商户)** or a **company** in order to legally sell on the platform. In this case, Defendant registered as an **individual entrepreneur**, which is entirely consistent with eBay's requirements for Mainland Chinese sellers.



Moreover, Defendant asserts that eBay **does not allow Chinese mainland sellers to register as individual sellers** (in the sense of a natural person) without being registered as an **individual entrepreneur** or a **company**, further supporting that Defendant is operating in full compliance with all applicable rules.

Additionally, the term "warehouse" used in Defendant's personal introduction refers to a **small living space** of approximately two square meters, used as both a workspace and personal area for selling-related purposes. It is not a commercial warehouse, and the use of the term "warehouse" was intended purely to present the business more formally, not to mislead the Plaintiff or the Court.

"Warehouse" :





## II. Translation Certification (for all non-English documents)

**Translation Certification**

I, **CozyHomeHolidayDeals**, hereby certify that the attached document is a true and accurate translation of the original document from

**Chinese** to **English** to the best of my ability. I am competent to translate between Chinese and English.

**Translator's Signature:** /s/ CozyHomeHolidayDeals

**Date:** 2026/1/7

### III. Legal Standard for Pro Se Representation by Business Entities

Defendant acknowledges that business entities are generally required to be represented by counsel in federal court. However, **28 U.S.C. § 1654** provides that **individuals** (including those operating as individual entrepreneurs) are entitled to represent themselves in court proceedings. Defendant has complied with all relevant procedural requirements, and as a **registered individual entrepreneur** operating legally on eBay, Defendant asserts its right to represent itself in this matter.

While Defendant is registered as an individual entrepreneur, it does not alter the fact that it continues to be considered a **small business** under eBay's regulations, which is fully consistent with the **pro se** representation allowed for individuals in the United States court system.

### IV. Plaintiff's Motion is Unwarranted and Premature

Plaintiff's motion to strike is based on the assertion that Defendant, as a business entity, cannot represent itself. However, Defendant maintains that it is a **registered individual entrepreneur** in full compliance with eBay's requirements, which legally allows it to represent itself in this case. The business operations involved are **minimal** and involve only a **small number of transactions**.



Furthermore, this case is still in its **early stages**, and Plaintiff has not demonstrated any material harm or prejudice caused by Defendant's self-representation. The motion to strike appears to be an attempt to impose procedural hurdles rather than addressing the merits of the case.

## V. Defendant's Answer Complies with Federal Rules

Defendant's Answer was filed in accordance with the **Federal Rules of Civil Procedure** and adheres to the required format. The answer was timely filed, and there is no substantial legal argument that justifies striking the answer. The facts and defenses raised in the Answer are valid, and **Plaintiff's Motion to Strike should be denied**.

## VI. Conclusion

For the foregoing reasons, Defendant respectfully requests that this Court deny Plaintiff's Motion to Strike Defendant's Answer to the Complaint and allow Defendant to continue to represent itself pro se in this matter. Defendant further requests that the Court allow Defendant an opportunity to correct any technical errors if necessary, without striking the entire answer.

**Dated:** 2026/1/7

Respectfully submitted,

**Signature:**

/s/CozyHomeHolidayDeals
Defendant (Pro Se)

2026/1/7