IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AROREH, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-14743<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| ArtsMall | 2 |
| EntorLab | 13 |
| Herbraa | 19 |
| Lenibalapa | 26 |
| 66-66-sixty-six | 28 |
| archibaldjor | 30 |
| bestplaymat | 31 |
| CUSTOM PLAYMAT | 35 |
| dalongxia | 37 |
| DOROIO | 39 |
| figure-lucky-player | 41 |
| Jandon_Mall | 48 |
| Jili Lucky Star | 86 |

Dated this 8th day of January 2026.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Rachel S. Miller
　　　　　　　　　　　　　　　　　　　　Lucas A. Peterson
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　200 West Madison Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　rmiller@gbc.law
　　　　　　　　　　　　　　　　　　　　lpeterson@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Sony Interactive Entertainment LLC*